STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant EDWARDS

**FILED**

APR 1 0 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> SANTWAN EDWARDS, <br> Defendant. | No. CR 14-00043 JST <br><br> ~~STIPULATION AND [PROPOSED]~~ ORDER TO CONTINUE HEARING DATE TO MAY 9, 2014 FOR CHANGE OF PLEA HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Hearing Date: April 11, 2014 <br> Time: 9:30 a.m. |

The above-captioned matter is set on April 11, 2014 before this Honorable Court for a status hearing. The parties jointly request that the Court continue this matter to May 9, 2014, at 9:30 a.m., for a change of plea hearing, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between April 11, 2014 and May 9, 2014.

On January 23, 2014, the Grand Jury charged Mr. Edwards in one count as a felon in possession of a firearm, a violation of 18 U.S.C. § 922(g). Mr. Edwards faces a maximum sentence of 10 years for this offense. Mr. Edwards is out of custody and made his first district court appearance in this case on March 7, 2014. The upcoming status hearing would be the

1  second district court appearance in this case.

2  The parties request that the Court continue this matter for a change of plea hearing. The
3  parties request a short continuance for the change of plea hearing because the parties need to
4  obtain and review a prior criminal record to confirm Mr. Edwards' anticipated sentencing
5  guidelines range in the proposed plea agreement before that agreement can be submitted to the
6  Court.

7  For these reasons, the parties agree that it is appropriate to continue this case until May 9,
8  2014. The parties further stipulate and agree that the ends of justice served by this continuance
9  outweigh the best interest of the public and defendant in a speedy trial. The parties further agree
10 that the failure to grant this continuance would unreasonably deny counsel for defendant the
11 reasonable time necessary for effective preparation, taking into account the exercise of due
12 diligence.

13 Accordingly, the parties agree that the period of time from April 11, 2014 until May 9,
14 2014, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C.
15 §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account
16 the exercise of due diligence.

17 DATED: April 8, 2014                        /S/
                                                AMANDA BECK
18                                              Assistant United States Attorney

19
   DATED: April 8, 2014                        /S/
20                                              ANGELA M. HANSEN
                                                Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1. Given that the parties are negotiating a plea agreement in this case and request a date for a change of plea hearing;

2. Given that the parties need additional time to obtain a prior conviction record to confirm the Sentencing Guidelines in the proposed plea agreement;

3. Given that the above-listed task is necessary for the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and defendant in a speedy trial;

Based on these findings, it is hereby ordered that the status date of April 11, 2014, scheduled at 9:30 a.m., is vacated and reset for a change of plea hearing on May 9, 2014, at 2:00 p.m. It is further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from April 11, 2014 until May 9, 2014.

DATED: 4/10/14

THE HONORABLE JON S. TIGAR
United States District Judge

3