STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant EDWARDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  SANTWAN EDWARDS,  Defendant. | No. CR 14-00043 JST  STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING DATE TO DECEMBER 19, 2014  Hearing Date: November 14, 2014  Time:            9:30 a.m. |

The above-captioned matter is set on November 14, 2014 before this Honorable Court for a sentencing hearing. The parties jointly request that the Court continue the matter to December 19, 2014, at 9:30 a.m., for the reasons set forth below.

On January 23, 2014, the Grand Jury charged Mr. Edwards in one count as a felon in possession of a firearm, a violation of 18 U.S.C. § 922(g). Mr. Edwards faces a maximum sentence of 10 years for this offense. The magistrate court released Mr. Edwards on an unsecured bond and he remains out of custody. Mr. Edwards pleaded guilty to the Indictment on July 18, 2014. He does not have a plea agreement with the government.

The parties respectfully request additional time to prepare for sentencing. First, counsel for Mr. Edwards needs more time to gather mitigation evidence. In addition, defense counsel is

1  in trial before the Honorable Phyllis J. Hamilton and unavailable the week before sentencing to
2  prepare Mr. Edwards' sentencing memorandum.  Third, government counsel was recently
3  reassigned to this case and would like additional time to familiarize himself with the facts to
4  prepare for the sentencing hearing.  For all these reasons, the parties request a continuance until
5  December 19, 2014.
6      The Probation Officer assigned to this case does not oppose the continuance and is
7  available on the requested date.  Finally, because Mr. Edwards has pleaded guilty, the parties are
8  in agreement that the Speedy Trial Act does not apply.
9
10  DATED: October 8, 2014                                    /S/
                                                              ROGER DINH
11                                                            Assistant United States Attorney
12
13  DATED: October 8, 2014                                    /S/
                                                              ANGELA M. HANSEN
14                                                            Assistant Federal Public Defender
15
16
17
18
19
20
21
22
23
24
25
26

Stip. Req. To Continue Sentencing Hearing Date,
No. CR-14-00043 JST                                2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that counsel for Mr. Edwards needs additional time to gather mitigation evidence for the pre-sentence investigation and is unavailable the week before sentencing;

2. Given that new government counsel has recently been assigned to this case and needs time to familiarize himself with the case before sentencing; and

3. Given that Mr. Edwards has pleaded guilty and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the sentencing hearing date of November 14, 2014, scheduled at 9:30 a.m., is vacated and reset to December 19, 2014, at 9:30 a.m., for sentencing.

DATED: October 8, 2014

IT IS SO ORDERED

Judge Jon S. Tigar