STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant EDWARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00043 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE PROBATION STATUS HEARING DATE TO JULY 24, 2015 |
| vs. | |
| SANTWAN EDWARDS, | Hearing Date: May 29, 2015 |
| Defendant. | Time: 9:30 a.m. |

On April 24, 2015, the Court held a probation status hearing regarding Santwan Edwards' progress on probation. Prior to the hearing, counsel for Mr. Edwards and the probation office filed status reports informing the Court about ongoing issues Mr. Edwards was having obtaining permission to attend the several religious services and functions that occur weekly at his church. At that hearing, the Court encouraged the parties to meet and confer, and the Court set this matter for further status on May 29, 2015.

The parties have met and conferred and the probation office has reached an agreement with the halfway house that will allow Mr. Edwards to have an additional program pass during

1 the week to attend church functions.  In short, Mr. Edwards is permitted to attend church
2 functions on program and/or religious passes on Wednesday evenings, Friday evenings, Saturday
3 afternoons and Sunday mornings.  He is also permitted a weekly four-hour community pass to
4 use for special church functions or to attend to personal matters.  Because the issues raised at the
5 status hearing appear to have been resolved, the parties jointly request that the Court continue
6 this matter to July 24, 2015, at 9:30 a.m., in Oakland, California, for Mr. Edwards' regularly
7 scheduled probation status hearing.

9 DATED: May 26, 2015                          /S/
                                              ROGER DINH
10                                            Assistant United States Attorney

12 DATED: May 26, 2015                          /S/
                                              ANGELA M. HANSEN
                                              Assistant Federal Public Defender

2

**ORDER**

Based on the agreement of the parties above, the Court hereby vacates the status hearing date of May 29, 2015 and resets this matter for a probation status hearing on July 24, 2015, at 9:30 a.m., in Oakland, California.

DATED: May 27, 2015

_____
THE HONORABLE JON S. TIGAR
United States District Judge