IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANTWAN EDWARDS,<br><br>Defendant. | **Case No.:** CR 14–43 JST<br><br>[~~PROPOSED~~] **ORDER TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING DATE TO NOVEMBER 2, 2018** |

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a Probation Form 12 petition has been filed alleging that Mr. Edwards violated the terms of his supervised release;

2. Given that the parties need time to assess the violations and to prepare this case for possible disposition;

3. Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the September 7, 2018, supervised release violation hearing date is vacated and reset to November 2, 2018, at 9:30 a.m., for a status hearing.

IT IS SO ORDERED.

Dated: September 5, 2018



[~~PROPOSED~~] ORDER TO CONTINUE HEARING
*EDWARDS*, CR 14–43 JST

1