IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANTWAN EDWARDS,<br><br>Defendant. | **Case No.:** CR 14–00043 JST<br><br>**[PROPOSED] ORDER TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING DATE TO FEBRUARY 1, 2019 AND TO SET ARRAIGNMENT DATE BEFORE MAGISTRATE COURT** |

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a Second Amended Form 12 petition has been filed alleging that Mr. Edwards violated the terms of his supervised release;

2. Given that the parties need time to prepare this case for a potential disposition on the amended charge;

3. Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the December 21, 2018, supervised release violation hearing date is vacated and reset to February 1, ~~2018~~ 2019, at 9:30 a.m., for admission and disposition. It is further ordered that this case is reset from December 21, 2018, to January 14, 2019, at 9:30 a.m., before the sitting United States Magistrate Judge in Oakland, California, for arraignment on the Second Amended Form 12.

IT IS SO ORDERED.

Dated:     December 19, 2018

_____
HONORABLE JON S. TIGAR
United States District Judge