IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SANTWAN EDWARDS,<br>Defendant. | **Case No.:** CR 14–00043 JST<br><br>[PROPOSED] **ORDER TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING DATE TO FEBRUARY 15, 2019** |

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that an amended Form 12 petition will be filed alleging that Mr. Edwards violated the terms of his supervised release and that Mr. Edwards needs to be arraigned on the new Form 12;

2. Given that the parties need time to prepare this case for a potential disposition on the amended charge;

3. Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the February 1, 2019, supervised release violation hearing date is vacated and reset to February 15, 2019, at 9:30 a.m.

IT IS SO ORDERED.

Dated: January 29, 2019

HONORABLE JON S. TIGAR
United States District Judge